IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01054-PAB-NRN

ILLINOIS UNION INSURANCE COMPANY,

Plaintiff,

v.

CLUB VALENCIA CONDOMINIUM OWNERS ASSOCIATION, INC.,

Defendant, Counterclaimant, Third-Party Plaintiff,

v.

LCM PROPERTY MANAGEMENT, INC.,
CHERRY CREEK INSURANCE AGENCY, INC. d/b/a CCIG, and
CRC INSURANCE SERVICES, LLC,

Third-Party Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Plaintiff Illinois Union Insurance Company's Unopposed Motion to Appear Telephonically for April 23, 2026 Status Conference (ECF No. 234) is GRANTED as follows,

The Court clarifies that the Status Conference set for April 23, 2026 (*see* ECF No. 233) will be conducted via telephone. Five minutes prior to the start of the hearing, the parties are directed to call the conference line as a participant at (571) 353-2301, Access Code 841686937#.

Date: April 22, 2026