IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 23-cv-01054-PAB-NRN         Date:  April 23, 2026
Courtroom Deputy: Román Villa                FTR:  Courtroom A401

_Parties:_                                   _Counsel:_

ILLINOIS UNION INSURANCE COMPANY,            Christopher Snow *(telephone)*
                                             Matthew Ponzi *(telephone)*

    Plaintiff,

v.

CLUB VALENCIA CONDOMINIUM OWNERS             Stuart Anderson
ASSOCIATION, INC.,                           Thomas Wagner *(telephone)*

    Defendant.

---

### COURTROOM MINUTES

---

## STATUS CONFERENCE

**11:31 a.m.    Court in session.**

Court calls case. Appearances of Counsel.

This matter is before the Court pursuant to a minute order issued on April 8, 2028 setting a Status Conference to set Final Pretrial Conference.

**ORDERED:**    A telephonic **Final Pretrial Conference** is set for **May 12, 2026 at 10:00 a.m.** before Magistrate Judge N. Reid Neureiter in Courtroom A401, Fourth floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado 80294. **Five minutes prior to the start of the hearing, the parties shall call the conference line 571-353-2301, Access Code 841686937# to participate.**

The parties shall electronically file their proposed pretrial order through CM/ECF, and include a courtesy copy of the proposed order in a Word format sent by email to Neureiter_Chambers@cod.uscourts.gov seven days prior to the conference.

**11:42 a.m.   Court in recess.**

Hearing concluded.
Total in-court time:   00:11

*To order transcripts of hearings, please contact either Patterson Transcription
Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.