CASE CAPTION: <u>ILLINOIS UNION INSURANCE COMPANY V. CLUB VALENCIA CONDOMINIUM OWNERS ASSOCIATION, INC</u>.

CASE NO.: <u>1:23-cv-1054-PAB-NRN</u>

EXHIBIT LIST OF: <u>DEFENDANT CLUB VALENCIA CONDOMINIUM OWNERS ASSOCIATION, INC.</u>

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| A -1. | | IUIC Depo. Ex. 2 Certified Insurance Policy | | | | | |
| A -2. | | IUIC Depo. Ex. 3 Condominium Declaration | | | | | |
| A -3. | | Depo. Ex. 4  CV Rules and Regulations [ECF 1-5] | | | | | |
| A -4. | | Depo. Ex. 5 CV By-Laws ECF [1-4] | | | | | |
| A -5. | | IUIC Depo. Ex. 6 UW Insp. 02-04-2013 [IUIC 07 30 24 SUPP PROD 1032-1045] | | | | | |
| A -6. | | IUIC Depo. Ex. 7 UW Insp. 12-12-2013 [IUIC 07 30 24 SUPP PROD 1020-1030] | | | | | |
| A -7. | | Depo. Ex. 8 UW Insp. 11-24-2015 [IUIC 07-30-24 1020-1030] | | | | | |
| A -8. | | EML from Royal to Devilling 11-30-22 [IUIC 1545-1574] | | | | | |
| A -9. | | IUIC Depo. Ex. 18 ROR 11-14-22 [IUIC 1171-1182] | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| A -10. | | IUIC Depo. Ex. 19 ROR 12-6-22 [IUIC 1546-1548] | | | | | |
| A -11. | | IUIC Depo. Ex. 20 Sedgwick let 11-14-22 [IUIC 1176-1182] | | | | | |
| A -12. | | IUIC Depo. Ex. 21 1st Fire Log 12-8-22  entry [IUIC 168] | | | | | |
| A -13. | | IUIC Depo. Ex. 22 Denial Let 1st fire 01-11-23 [IUIC 2003-2010] | | | | | |
| A -14. | | IUIC Depo. Ex. 23 CRC Response to Denial 1st fire Depo. [IUIC 2011-2013] | | | | | |
| A -15. | | IUIC Ex. 23.2 2022-11-30 Email from Manganelli to Recovery Subro (IUCU 001544) | | | | | |
| A -16. | | IUIC Depo. Ex. 24 01-30-23 Let to Probst from IUIC [IUIC1775-1780] | | | | | |
| A -17. | | IUIC Depo. Ex. 24.1 IRIS Summary 1st Fire [IRIS 70-79] | | | | | |
| A -18. | | IUIC Depo. Ex. 25 CRC let to IUIC in response to let of 1-30-23 [IUIC 1999-2002] | | | | | |
| A -19. | | Depo. Ex. 26 IUIC Log 02-01-23 fire [IUIC 2264-2284] | | | | | |
| A -20. | | IUIC Depo. Ex. 27 03-10-23 2nd fire Denial Let [IUIC 1975-1980] | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| A -21. | | IUIC Depo. Ex. 28 03-21-23 let to Gilfillan from IUIC [IUIC 1781-1782] | | | | | |
| A -22. | | IUIC Depo. Ex. 28.1 IRIS Summary 2nd fire [IUIC2258-2264] | | | | | |
| A -23. | | IUIC Depo. Ex. 29 SOV [IUIC 1682-1684] | | | | | |
| A -24. | | Depo. Ex. 30 2017 Fire loss [IUIC 07-30-24 919-921] | | | | | |
| A -25. | | IUIC Depo. Ex. 30.1 2017 Primary [LCM-001702-001780] | | | | | |
| A -26. | | IUIC Depo. Ex. 31 Coverage opinion [IUIC 2019] | | | | | |
| A -27. | | Depo. Ex. 32 Acord Property Loss Notice 2nd fire [IUIC 1580-1583] | | | | | |
| A -28. | | IUIC Depo. Ex. 33 2019-2022 Primary Policy Summary [IUIC 08 05 24 SUPP PROD 3847-3849] | | | | | |
| A -29. | | IUIC Depo. Ex. 34 IUIC's  Response to Written Discovery Reqs | | | | | |
| A -30. | | EML from Royal to Gause 11-9-22 [IUIC 7] | | | | | |
| A -31. | | Daviscourt Depo. Ex. 43 ASTM%7CD6480-19%7Cen-US (1) | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| A -32. | | Daviscourt Depo. Ex. 44 Pages from Colorado Reg 8 | | | | | |
| A -33. | | Daviscourt Depo. Ex. 45 selected EMSL lab results from Exhibit 3A Quest Asbestos Surface Sampling Report | | | | | |
| A -34. | | Beatty Depo. Ex. 48 1300 S Parker Rd Asbestos Inspection Report, Ethos Environmental LLC [CLUB VALENCIA 19947-19999] | | | | | |
| A -35. | | Daviscourt Depo. Ex. 49 2023-04-13 Email from Ethos Environmental to Scott and Johnson | | | | | |
| A -36. | | Beatty Depo. Ex. 55 - Ethos R3 1300 S. Parker Rd. Major Spill Delineation Report, Ethos Environmental LLC | | | | | |
| A -37. | | Hedglin Depo. Ex. 70- IRIS 2022 Fire Report [IRIS 69-81] | | | | | |
| A -38. | | Hedglin Depo. Ex. 71 SMFD 2022 Fire Incident Report [CV 26431-26434] | | | | | |
| A -39. | | Hedglin Depo. Ex. 72 SMFD 2023 Basic incident fire report | | | | | |
| A -40. | | Hedglin Depo. Ex. 73 SMFR 2023 Fire Investigation Report | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| A -41. | | Hedglin Depo. Ex. 74 IRIS 2023 Fire Report [IRIS 13-23] | | | | | |
| A -42. | | Hedglin Depo. Ex. 75 11-11-11 Email from Serio to Hughes (IUIC 000034) | | | | | |
| A -43. | | Hedglin Depo. Ex. 76 IUIC 2022 Fire denial let. 01-11-23 | | | | | |
| A -44. | | Hedglin Depo. Ex. 78 Delacerda exits [IRIS 110] | | | | | |
| A -45. | | Hedglin Depo. Ex. 79 Fire Video [CV 026435] | | | | | |
| A -46. | | Beatty Depo. Ex. 81 - 2017 Fire Cost Data - Gut Abatement and Reconstruction | | | | | |
| A -47. | | Gause Depo. Ex. 101 EM 11-9-22 Royal to Macon [IUIC 24-25] | | | | | |
| A -48. | | Gause Depo. Ex. 102 2022 Binder Policy [SEDGWICK 000278-293] | | | | | |
| A -49. | | Gause Depo. Ex. 103 EM 11-11-22 Trussler to Gause [SEDGWICK 337] | | | | | |
| A -50. | | Gause Depo. Ex. 106 EM 11-16-22 Gause to Royal -Ethos asb rpt [IUIC 106] | | | | | |
| A -51. | | Gause Depo. Ex. 108 MKA Int. damage report | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| | | 11-28-22 – Copy [SEDGWICK 245-277] | | | | | |
| A -52. | | Gause Depo. Ex. 109 EM 11-18-22 to Gause Owner info [SEDGWICK 102] | | | | | |
| A -53. | | Gause Depo. Ex. 110 EM 11-22-22 Fenton to Gause [SEDGWICK 106] | | | | | |
| A -54. | | Gause Depo. Ex. 111 Ethos Report 11-17-22 [SEDGWICK 10-101] | | | | | |
| A -55. | | Gause Depo. Ex. 112 EM 2022-11-30  from Propst to Wilderotter [CRC 13657-13658] | | | | | |
| A -56. | | Gause Depo. Ex. 113 CDPHE Major Asbestos Spill Form [SEDGWICK 9] | | | | | |
| A -57. | | Gause Depo. Ex. 114 EM 2022-12-01 Email from Wilderotter to Fenton [CCIA 647] | | | | | |
| A -58. | | Depo. Ex. 115 EM 2022-12-06 from Royal to Fenton [CCIA 526-528] | | | | | |
| A -59. | | Gause Depo. Ex. 116 2022-12-06 Royal to Fenton [CCIA479-481] | | | | | |
| A -60. | | Gause Depo. Ex. 117 EM 2022-12-06 Royal to Fenton [CCIA 325-326] | | | | | |
| A -61. | | Gause Depo. Ex. 118 EM 2023-02-08 Scott to | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|------------------|-------------|---------|----------|---------|----------------|
| | | Wilderotter [CCIA 422-424] | | | | | |
| A -62. | | Gause Depo. Ex. 120 Sedgwick cost detail 11-27-22 to 1-26-23 [SEDGWICK 243] | | | | | |
| A -63. | | Gause Depo. Ex. 120.5 EM 2022-12-19 Kyte to Wilderotter [CCIA 1720-1723] | | | | | |
| A -64. | | Depo. Ex. 120.7 EM Gause to Jurgen Waldvogel CV 27684 [CV 27684-27685] | | | | | |
| A -65. | | Depo. Ex. 120.9 Protective Safeguard Endorsement [SEDGWICK 291-292] | | | | | |
| A -66. | | Gause Depo. Ex. 121 Fencing [SEDGWICK 514] | | | | | |
| A -67. | | Gause Depo. Ex. 122 Z. Scott 11-3-5-2022 work Sheet [SEDGWICK 242] | | | | | |
| A -68. | | Gause Depo. Ex. 124 Fire 2 Sedgwick report [SEDGWICK 05 19 25 000151 -156] | | | | | |
| A -69. | | Gause Depo. Ex. 125 EM 11-09-22 Royal to Gause [IUIC 9] | | | | | |
| A -70. | | Milazzo Deposition Exhibit 152 Map | | | | | |
| A -71. | | Milazzo Deposition Exhibit 154__ 1300 S Parker Rd Unit 209 Delineation Report with | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| | | Images (maybe presented as a summary exhibit) | | | | | |
| A -72. | | Milazzo Deposition Exhibit 155 1300 S Parker Rd Unit 181 Delineation Report with Images (maybe presented as a summary exhibit) | | | | | |
| A -73. | | Milazzo Deposition Exhibit 156 __ 1300 S Parker Rd Unit 112 Delineation Report with Images (maybe presented as a summary exhibit) | | | | | |
| A -74. | | Milazzo Deposition Exhibit 157 1300 S Parker Rd Unit 179 Delineation Report with Images (maybe presented as a summary exhibit) | | | | | |
| A -75. | | Milazzo Deposition Exhibit 158__ 1300 S Parker Rd Unit 183 Delineation Report with Images (maybe presented as a summary exhibit) | | | | | |
| A -76. | | Milazzo Deposition Exhibit 159 1300 S Parker Rd Unit 199B Delineation Report with Images (maybe presented as a summary exhibit) | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| A -77. | | Milazzo Deposition Exhibit 160 1300 S Parker Rd Unit 207 Delineation Report with Images (maybe presented as a summary exhibit) | | | | | |
| A -78. | | Milazzo Deposition Exhibit 161 1300 S Parker Rd Unit 211 Delineation Report with Images (maybe presented as a summary exhibit) | | | | | |
| A -79. | | Milazzo Deposition Exhibit 162 1300 S Parker Rd Unit 217 Delineation Report with Images (maybe presented as a summary exhibit) | | | | | |
| A -80. | | Milazzo Deposition Exhibit 163 1300 S Parker Rd Unit 274 Delineation Report with Images (maybe presented as a summary exhibit) | | | | | |
| A -81. | | Milazzo Deposition Exhibit 164 1300 S Parker Rd Unit 287 Delineation Report with Images (maybe presented as a summary exhibit) | | | | | |
| A -82. | | Milazzo Deposition Exhibit 165 1300 S Parker Rd Unit 393 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| | | Delineation Report with Images (maybe presented as a summary exhibit) | | | | | |
| A -83. | | Milazzo Deposition Exhibit 166 1302 S Parker Rd Elevator Shaft Asbestos Wipe Sample Report (maybe presented as a summary exhibit) | | | | | |
| A -84. | | MPSJ. Ex. A – Declaration | | | | | |
| A -85. | | MPSJ. Ex. B – 11/9/2022 Email | | | | | |
| A -86. | | MPSJ. Ex. C – Overhead Image | | | | | |
| A -87. | | MPSJ. Ex. D – Bylaws | | | | | |
| A -88. | | MPSJ. Ex. E – Rules and Regulations | | | | | |
| A -89. | | MPSJ. Ex. F – Policy | | | | | |
| A -90. | | MPSJ. Ex. H – Claim Notice | | | | | |
| A -91. | | MPSJ. Ex. I – Fire Report | | | | | |
| A -92. | | MPSJ. Ex. J – Incident Report | | | | | |
| A -93. | | MPSJ. Ex. K – 12/1/2022 Email with Attachment | | | | | |
| A -94. | | MPSJ. Ex. L – Notice of Loss | | | | | |
| A -95. | | MPSJ. Ex. M – 1/11/2023 Ltr | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| A -96. | | MPSJ. Ex. N - IUIC Discovery Responses (selected) | | | | | |
| A -97. | | MPSJ. Ex. O - 1/23/23 Email with Attachment | | | | | |
| A -98. | | MPSJ. Ex. P - 3-1-2023 Email with Attachment | | | | | |
| A -99. | | MPSJ. Ex. Q - Depo. Ex. Q IUIC Expert Smoke Detector Report (selected) | | | | | |
| B -1. | | MPSJ. Ex. S - Incident Report | | | | | |
| B -2. | | MPSJ. Ex. T - Property Loss Notice | | | | | |
| B -3. | | MPSJ. Ex. U - 03-15-23 Ltr | | | | | |
| B -4. | | MPSJ. Ex. V - 02-14-2013 Report | | | | | |
| B -5. | | MPSJ. Ex. W 12-12-2013 Report | | | | | |
| B -6. | | MPSJ. Ex. X - 05-21-2019 Report | | | | | |
| B -7. | | MPSJ. Ex. Y - Loss Notice | | | | | |
| B -8. | | MPSJ. Ex. Z - Incident Report | | | | | |
| B -9. | | MPSJ. Ex. AA - 2017 Policy (selected) | | | | | |
| B -10. | | MPSJ. Ex. CC - 2011-2020 Rules | | | | | |
| B -11. | | MPSJ. Ex. DD - Loss Run Report | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|------------------|-------------|---------|----------|---------|----------------|
| B -12. | | MPSJ. Ex. EE - 2-1-2023 Email with Check | | | | | |
| B -13. | | MPSJ. Ex. FF - 11-29-2022 Email | | | | | |
| B -14. | | MPSJ. Ex. GG - 12-19-2022 Email | | | | | |
| B -15. | | MPSJ. Ex. HH - IUIC PSE for Condo Assoc | | | | | |
| B -16. | | MPSJ. Ex. II - 2021 Policy PSE | | | | | |
| B -17. | | MPSJ. Ex. JJ - 10-31-2022 Email with Application | | | | | |
| B -18. | | MPSJ. Ex. KK – 2017 Ins. Investigation | | | | | |
| B -19. | | MPSJ. Ex. LL - Hedglin Depo (selected) | | | | | |
| B -20. | | Schedule of Values [IUIC 1682] (10/2/23 Production Batch) | | | | | |
| B -21. | | D. Arguello Report [CV-ED 1-117] | | | | | |
| B -22. | | Haden Claims Services Fire 1 Expert Report [CV-ED 118-137] | | | | | |
| B -23. | | Haden Claims Services Fire 2 Expert Report [CV-ED 138-155] | | | | | |
| B -24. | | True North Engineering Report, Unit 181 [CV-ED 4151-4178] | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| B -25. | | True North Engineering Report, Unit 209 [CV-ED 4179-4220] | | | | | |
| B -26. | | MEA Consulting Engineers Report [CV-ED 4231-4263] | | | | | |
| B -27. | | Eurofins Analytical Report [CV-ED 8643-8672] | | | | | |
| B -28. | | Martin-Martin Consulting Engineers Report [CV-ED 8673-8675] | | | | | |
| B -29. | | M. Amin Incurred and Paid Ledger and Supporting Documents Fire 1 [CV-ED 8676-8759] | | | | | |
| B -30. | | M. Amin Incurred and Paid Ledger and Supporting Documents Fire 2 [CV-ED 8760-8812] | | | | | |
| B -31. | | Public Adjusters of Colorado Proof Of Loss, Fire 1 [CV-ED 8814-10451] | | | | | |
| B -32. | | Public Adjusters of Colorado Proof Of Loss, Fire 2 [CV-ED 10453-12072] | | | | | |
| B -33. | | Haden Claims Services Supplemental Expert | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| | | Report [CV-ED 12077-12078] | | | | | |
| B -34. | | Selected disclosed pictures from IRIS, PAC, Milazzo, South Metro Fire, and from reports | | | | | |
| B -35. | | Diagram of building | | | | | |
| B -36. | | Google view of Club Valencia | | | | | |
| B -37. | | Any exhibit disclosed or introduced by Plaintiff IUIC. | | | | | |
| B -38. | | Any exhibit needed for purposes of rebuttal, impeachment, foundation, or authentication including claims files, disclosures, discovery responses, public records, and other documents | | | | | |
| B -39. | | Demonstrative Exhibits - damages, diagrams, testimony summaries, document summaries. | | | | | |
| B -40. | | Timeline | | | | | |