**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**


Case No.  1:23-cv-1054-PAB-NRN                                Date: May 5, 2026

Case Title: ILLINOIS UNION INSURANCE COMPANY  V. CLUB VALENCIA
CONDOMINIUM OWNERS ASSOCIATION, INC.

**DEFENDANT/COUNTERCLAIMANT'S LAY WITNESSES**

(1) Witnesses who will be present for trial (will call):

1.  **Connor O'Neill.  1306 S. Parker Road, Denver, CO, Unit 299-A.**  Current Board President, Club Valencia COA.  The nature and purpose of Mr. O'Neill's testimony is his knowledge of Club Valencia, his knowledge of Fire 1 and Fire 2, his knowledge of the insurance claims, his knowledge of the damages sustained by Club Valencia, as well as his knowledge of the claims and defenses in this action.


2.  **Damien Arguello, Crest Insurance Law & Consulting, 6947 Coal Creek Pkwy SE, #111, Newcastle, WA 98059-3136. 303-427-2454.**  The nature and purpose of Mr. Arguello's non-expert testimony will be to provide factual testimony consistent with his disclosed reports, any deposition testimony, and any matters made known to him at trial.

3.  **Brian J. Haden, Haden Claims Services, 1540 Keller Pkwy, Ste 108-320, Keller, TX 76248. 866-582-4591.**  The nature and purpose of Mr. Haden's non-expert testimony will be to provide factual testimony consistent with his disclosed reports, any deposition testimony, and any matters made known to him at trial.


4.  **Eugene Robertson, CFEI, True North Engineering, 29205 183rd Terrace, Gardner, KS 66030. 573-489-5527.**  The nature and purpose of Mr. Robertson's non-expert testimony will be to provide factual testimony consistent with his disclosed reports, any deposition testimony, and any matters made known to him at trial.


5.  **Michael E. Aitken, P.E., MEA Consulting Engineers, Inc., 13771 East Rice Place, Aurora, CO 80015. 720-870-5630.**  The nature and purpose of Mr. Aitken's non-expert testimony will be to provide factual testimony  consistent with his disclosed reports, any deposition testimony, and any matters made known to him at trial.

6. **Jonathon Milazzo (Certified Asbestos Professional), My Asbestos Guy, LLC. 13340 Harrison St, Thornton, CO 80241. 720-850-4890.** The nature and purpose of Mr. Milazzo's non-expert testimony will be to provide factual testimony consistent with his disclosed reports, any deposition testimony, and any matters made known to him at trial.

(2) <u>Witnesses who may be present for trial (may call)</u>:

7. **David Royal (IUIC Claim Director), Chubb 600 Independence Pkwy., POB 4700, Chesapeake, VA 23327.** Mr. Royal was the claim supervisor for the insurance claims for Fire 1 and Fire 2 at Club Valencia. The nature and purpose of Mr. Royal's testimony as claims director for IUIC will be his knowledge of the handling, adjustment, and decision making of IUIC regarding the pertinent insurance claims as well as his knowledge pertaining to the claims and defenses in this action

8. **Drew Gause (Sedgwick Claims Management Services, Inc.), 7400 E. Orchard Road, Suite 4015-N, Greenwood Village, CO 80111-2529.** Mr. Gause was an independent adjuster retained by IUIC for the handling and adjustment of Club Valencia's insurance claims for Fire 1 and Fire 2. The nature and purpose of Mr. Gause's testimony will be his knowledge of the handling, adjustment, and decision making of IUIC regarding the pertinent insurance claims as well as his knowledge pertaining to the claims and defenses in this action.

9. **Mark Bacon  (Chubb Insurance), Chubb 600 Independence Pkwy., POB 4700, Chesapeake, VA 23327**, Mr. Bacon is a Chubb representative who was involved in adjusting and/decision making in regard to Club Valencia's claim. The nature and purpose of Mr. Bacon's testimony is his knowledge of the claims adjustment and decisions as well as his knowledge of the claims and defenses in this action.

10. **Bob Weiss (LCM Property Management, Inc.) 1776 S. Jackson St. Suite 530, Denver, CO 80210, 303-221-1117 Ext. 103.** Mr. Weiss works at LCM which was the property management company for the Defendant at the time of the relevant fire claims. The nature and purpose of Mr. Weiss' testimony is his knowledge regarding the subject property, property management, and the relevant insurance claims as well as his knowledge pertaining to the claims and defenses in this action.

11. **Pat Wilderotter (CIRMS, CCIG Inc.) Insurance Advisor 5660 Greenwood Plaza Blvd., Suite 500, Greenwood Village, CO 80111, 720-212-2065.** Ms. Wilderotter is an insurance producer at CCIG who was involved in the sale of the relevant IUIC insurance policy to Club Valencia. The nature and purpose of Ms. Wilderotter's testimony is her knowledge of Club Valencia's insurance requirements, placement of the relevant IUIC policy, and her communications with Club Valencia, IUIC, and others before and after the relevant fires as well as her knowledge pertaining to the claims and defenses in this action.

12. **Chad Probst (CRC), 6200 South Syracuse Way, Greenfield Village, CO 80111. Mr. Probst is a producer at CRC.**  The nature and purpose of Mr. Probst's testimony will be his knowledge as a producer of insurance at CRC of Club Valencia's insurance requirements, policies, and his communications to IUIC and others regarding IUIC's denials and claims handling the fire claims including his lay opinions.

13. **Alan Kyte, 1300 S Parker, Denver, CO.  Former Board Member and President of Club Valencia COA.**  The nature and purpose of Mr. Kyte's testimony will be his knowledge of Club Valencia, its insurance requirements and history, his knowledge of the 2017 fire claim, his knowledge the pertinent fire claims in this action, and his relevant communications related to said fire claims as well as his knowledge of the claims and defenses in this action.

14. **Cathie Mitchell.  1300 S Parker, Denver, CO.  Former Board Member of the Club Valencia COA.**  The nature and purpose of Ms. Mitchell's testimony will be her knowledge of Club Valencia, Club Valencia's insurance, and the relevant fire claims in this action, as well as her knowledge of the claims and defenses in this action.

15. **Joseph C. Agenbroad.  1300 S Parker, Denver, CO.  Former Board Member of the Club Valencia COA.**  The nature and purpose of Mr. Agenbroad's testimony will be his knowledge of Club Valencia, Club Valencia's insurance, and the relevant fire claims in this action as well as his knowledge of the claims and defenses in this action.

16. **Jaclyn Gish aka Gish-Perry.  1300 S Parker, Denver, CO.  Former Board Member of the Club Valencia COA.**  Ms. Gish-Perry was the unit owner for Unit 209 related to Fire 1.  The nature and purpose of Ms. Gish-Perry's testimony will be her knowledge of Fire 1, of Club Valencia, of Club Valencia's insurance, and the relevant fire claims in this action as well as her knowledge of the claims and defenses in this action.

17. **Jurgen Waldvogel.  1300 S Parker, Denver, CO.  Former Board Member and President of the Club Valencia COA.**  The nature and purpose of Mr. Waldvogel's testimony will be his knowledge of Club Valencia, Club Valencia's insurance, and the relevant fire claims in this action as well as his knowledge of the claims and defenses in this action.

18. **Wendy Vernon-Dzaman.  720-708-7940.  Former Board Member of the Club Valencia COA.**  The nature and purpose of Ms. Vernon-Dzaman's testimony will be her knowledge of Club Valencia, Club Valencia's insurance, and the relevant fire claims in this action as well as her knowledge of the claims and defenses in this action.

19. **Edward Myers, contact information unknown.  Former Board Member of the Club Valencia COA.**  The nature and purpose of Mr. Myer's testimony will be his knowledge of Club Valencia, Club Valencia's insurance, and the relevant fire claims in this action as well as his knowledge of the claims and defenses in this action.

20. **Zarina Slavin, contact information unknown.**  Ms. Slavin was the owner of Unit 181 at the time of Fire 2.  The nature and purpose of Ms. Slavin's testimony will be her knowledge of Unit 181 and the circumstances regarding Fire 2.

21. **Zach M Scott. 1300 S Parker, Denver, Colorado (Club Valenica maintenance).** Mr. Scott was previously a maintenance worker at Club Valencia.  The nature and purpose of Mr. Scott's testimony would be his knowledge of Fire 1 and Fire 2, interactions and communications with IUIC, as well as his knowledge of the claims and defenses in this action.

22. **Representatives of Chubb Insurance.  POB 1600, Whitehouse Station, NJ 08889.**  Chubb Insurance and its family of companies insured the Defendant and the subject real property.  The nature and purpose of testimony from a representative of Chubb Insurance a/k/a Chubb Group would be for the purpose of production, foundation, and authentication of any relevant documents of that company.

23. **Representatives of Westchester Surplus Lines Insurance and/or Westchester Insurance, a Chubb Group company.**  Westchester insured the Defendant and the subject real property at times. The nature and purpose of testimony from a representative of Westchester Surplus Lines would be for the purpose of production, foundation, and authentication of any relevant documents of that company.

24. **Representatives of CRC Insurance Services, Inc., 6200 South Syracuse Way, Suite 100, Greenwood Village, CO 80111.**  CRC was involved in selling insurance coverage to the Defendant as a producer and acting as an insurance advisor to Defendant.  The nature and purpose of testimony from a representative of CRC Insurance Services, Inc. would be for the purpose of production, foundation, and authentication of any relevant documents of that company.

25. **Representative of Cherry Creek Insurance Agency, Inc. ("CCIG"), 155 Inverness Dr. W Ste 500, Englewood, CO 80112.**  CCIG was involved in selling insurance coverage to the Defendant as a producer and acting as an insurance advisor to the Defendant.  The nature and purpose of testimony from a representative of CCIG would be for the purpose of production, foundation, and authentication of any relevant documents of that company.

26. **Derek Fenton. LCM, 1776 S. Jackson St., Suite 530, Denver, CO 80210, 303.221.1117.**  Mr. Fenton worked for the property management company for Club Valencia (LCM Property Management, Inc.) at the time of Fire 1 and Fire 2  The nature and purpose of Mr. Fenton's testimony would be his knowledge of Club Valencia, insurance for Club Valencia, Fire 1 and Fire 2, his communications with IUIC as well the claims and defenses in this action.  This witness may have relevant information related to the claims and defenses in this action.

27. **David Gilfillan of CRC Insurance Services. 6200 South Syracuse Way, Suite 100, Greenwood Village, CO 80111.**  Mr. Gilfillan is an employee, agent, or representative of CRC Insurance Services.  The nature and purpose of his testimony would be his knowledge of the claims and defenses and his communications to IUIC regarding IUIC's denials and claims handling.

28. **Jerry Oliveri or other Representative for Public Adjusters of Colorado, LLC ("PAC"), 10583 Serengeti Dr., Littleton, CO 80124.**  PAC is the public adjusting company involved in Defendant's insurance claim.  The nature and purpose of the testimony of a representative from PAC is for foundation, authentication, contents of PAC's submissions and communications with IUIC and claims adjustment. PAC may have personnel with relevant information related to the claims and defenses in this action.

29. **Jeremy Shkapich, South Metro Fire Rescue Authority Investigator, 9195 E Mineral Ave, Centennial, CO 80112. 720-989-2000.** Mr. Shkapich investigated and has information concerning the fire that occurred at Club Valencia on November 3, 2022.  The nature and purpose of his testimony would be his knowledge of the fires including his investigation of the same as well as his knowledge of the claims and defenses in this action.

30. **Tyler Everet, South Metro Fire Rescue Authority Investigator, 9195 E Mineral Ave, Centennial, CO 80112. 720-989-2000.** Mr. Everet investigated and has information concerning the fire that occurred at Club Valencia on November 3, 2022.  The nature and purpose of his testimony would be his knowledge of the fires including his investigation of the same as well as his knowledge of the claims and defenses in this action.

31. **Other representatives or investigators of the South Metro Fire Rescue Authority, 9195 E. Mineral Ave., Centennial, CO 80112.  720-989-2000.**  The nature and purpose of representatives or disclosed investigators from South Metro Fire would be to produce, lay a foundation, authenticate, or testify to records and reports from the entity.

32. **Representatives of the Colorado Public Health and Environment ("CDPHE"), 4300 Cherry Creek Dr. South, Denver, Colorado 80246, 303-692-2000.**  The nature and purpose of testimony from a representative of CDPHE would be for the purpose of production, foundation, and authentication of any relevant documents of that agency.

33. **Representatives of the Arapahoe County Sheriff's Office. 1641 S. Parker Rd. Denver 80231, 303-795-4711.**  The nature and purpose of testimony from a representative for the Arapahoe County Sheriff's Office would be for the purpose of production, foundation, and authentication of any relevant documents of that agency.

34. **Teri Osmon.  1306 S. Parker Road, Denver, CO.**  Ms. Osmon is a unit owner at Club Valencia and has worked as secretary of the COA.  The nature and purpose of Ms. Osmon's testimony is her knowledge of Fire 1 and Fire 2, her knowledge of the insurance claims, and the records of the Association as well as her knowledge of the claims and defenses in this action.

35. **Representative from Foothills Environmental, Inc./Evan Eppard and Andre Gonzalez.  11099 West 8th Avenue, Lakewood, CO 80125.**  The nature and purpose of the testimony of a representative of Foothills Environmental, Inc. would be the production and authentication of documents from that company.

36. **Linda Jones. 14842 E. Kansas Pl., Aurora, CO 80012. (720) 473-1754.**  Linda Jones is a unit owner at Club Valencia.  The nature and purpose of Ms. Jones' testimony would be her knowledge of Fire 1 and Fire 2, and damages and impact on her as a result of the fires as well as her knowledge of the claims and defenses in this action.

37. **Jada (Syd) S. Dzaman. 3329 E. Bayaud Ave. #504A, Denver, CO 80209. (720) 768-3358.** Ms. Dzaman was a resident Club Valencia (Unit 311).  The nature and purpose of Ms. Dzaman's testimony would be her knowledge of Fire 1 and Fire 2, and damages and impact on her as a result of the fires as well as her knowledge of the claims and defenses in this action.

38. **Raven Webb. 4065 S. Bannock St. Englewood, CO 80110. (720) 673-7438.**  Ms. Webb was a resident at Club Valencia.  The nature and purpose of Ms. Webb's testimony would be her knowledge of Fire 1 and Fire 2, and damages and impact on her as a result of the fires as well as her knowledge of the claims and defenses in this action.

39. **Steven E. Warning. 13493 S. Wamblee Valley Rd. Conifer, CO 80433. (303) 667–4233.**  Mr. Warning was a resident at Club Valencia.  The nature and prupose of his testimony would be his knoweldge of Fire 1 and Fire 2, the insurance claims, and his knowledge of the claims and defesnes in this action.

40. **Alex Kishinevsky. 19876 E. Union Drive. Centennial, CO 80015. (720) 218-9364.** Mr. Kishinevsky is a unit owner at Club Valencia.  The nature and prupose of his testimony would be his knoweldge of Fire 1 and Fire 2, the insurance claims, and his knowledge of the claims and defenses in this action.

41. **Sabrina M. King. 2675 W. Agate Ave. Las Vegas, NV 89123. (720) 331-8229.** Ms. King was a resident at Club Valencia.  The nature and purpose of Ms. King's testimony would be her knowledge of Fire 1 and Fire 2, and damages and impact on her as a result of the fires as well as her knowledge of the claims and defenses in this action.

42. **Yolanda Loya, address unknown**.  Ms. Loya was the tenant of Unit 209 at the time of Fire 1.  The nature and purpose of her testimony would be her knowledge of Fire 1.

43. **Joseph Delacerda, address unknown.**  Mr. Delacerda was an occupant of Unit 209 at the time of Fire 1.  The nature and purpose of his testimony would be his knowledge of Fire 1.

44. **Fernando Almanza, 4261 South Fairplay Cir., Unit E, Aurora, CO 80014.**  Mr. Almanza handled maintenance and property management for the owner of Unit 209.  The nature and purpose of Mr. Almanza's testimony is his knowledge of Unit 209, Fire 1 and Fire 2, the fire claim, his communications and dealings with IUIC, and his knowledge of claims and defenses in this action.

45. **Nicholas Daviscourt, 5211 S. Quebec St., Greenwood Village, CO 80111.**  Mr. Daviscourt was retained as a fire damage evaluator including asbestos related fire damages.  The nature and purpose of his testimony would be his knowledge obtained through work at Ethos and Quest in regard to asbestos facts and analysis, his work as an expert for IUIC, his prior work for Club Valencia, his reports, and other issues related to the claims and defenses in this action.

46. **Robert Woellner, Quest Environmental, 5211 S. Quebec St., Greenwood Village, CO 80111.**  Mr. Woellner and his company Quest Environmental was retained by IUIC. The nature and purpose of Mr. Woellner's testimony is his knowledge obtained through his work at Quest, his work on this action, and his knowledge related to the claims and defenses in this action.

47. **Todd Hedglin IA-AI-CFI, IRIS Investigations, 99 Inverness Dr., Suite 160, Englewood, CO 80112.**  Mr. Hedglin was a fire investigator for Fire 1 and Fire 2 who retained by IUIC.  The nature and purpose of his testimony will be his knowledge of Fire 1 and Fire 2, his investigations, his reports, his communications with IUIC, and other issues related to the claims and defenses in this action.

48. **Severen McGowan Colorado Public Health and Environment ("CDPHE"), 4300 Cherry Creek Dr. South, Denver, Colorado 80246, 303-692-2000.** Mr. McGowan is a part of the Permitting and Compliance team at CDPHE's Indoor Environment Program. Mr. McGowan has been involved in monitoring the Club Valencia Condominiums major asbestos spills that were the result of said fires.

49. **Representatives of Eurofins Environmental Testing and Eurofins Reservoirs Environmental, Inc., including, but not limited to Matthew Gardner and Norberto Zimbelman.  4955 Yarrow Street, Arvada, CO 80002.  (303) 736-0100**. The nature and purpose of Mr. Garner's and/or Mr. Zimbelman's testimony would be their knowledge of

the disclosed reports from Eurofins Environmental and Eurofins Reservoirs Environmental Inc.

50. **Representatives of EMSL Analytical, Inc., 528 Mineola, Carle Place, NY 11514, (516) 997-7251**. EMSL was the lab utilized by IUIC's experts.  Such representatives would include those signing/participating in EMSL reports such as David Clarke, Alan Fermin, Keith McWilliams, and Charles Johnson.  The nature and purpose such EMSL representatives' testimony would be their knowledge of the EMSL reports, findings, and protocols.

51. **Martin/Martin Consulting Engineers, Margaret E. Riley, PE and David J. Wittman, PE. 12499 W Colfax Avenue, Lakewood, CO 80215.  (303) 431-6100**.  The nature and purpose of Ms. Riley's and/or Mr. Wittman's testimony would be their knowledge of the disclosed facts and lay opinions consistent with their report(s).

52. **Minesh Amin, CPA, C/O Club Valencia.**  The nature and purpose of Mr. Amin's non-expert testimony would be his knowledge of Club Valencia's finances and his disclosed incurred damage calculations.

53. **Shane Druckenmiller, Gary Kirschke, and Justin Lewis of the South Metro Fire Resue Authority (South Metro Fire), 9195 E. Mineral Avenue, Centennial, CO 80112. 720-989-2000**, may testify regarding their on-site investigations and observations of the fires, as contained in their disclosed reports in this action.

54. Any witness disclosed or called to testify by IUIC.

55. Any witness necessary for rebuttal, impeachment, or authentication.

(3) Witnesses where testimony is expected to be presented by means of a deposition and, if not taken steno graphically, a transcript of the pertinent portions of the deposition testimony.  See Fed. R. Civ. P. 26(a)(3)(B).

1. **Ashley Argyle, Illinois Union Insurance Company c/o Foran Glennon Palandech Ponzi & Rudloff PC 222 North LaSalle Street, Suite 1400 Chicago, IL 60601.**

2. **Andrew Norris, Illinois Union Insurance Company c/o Foran Glennon Palandech Ponzi & Rudloff PC 222 North LaSalle Street, Suite 1400 Chicago, IL 60601.**

3. **Connor O'Neill.  1306 S. Parker Road, Unit 299-A  Denver, CO,**

4. **Alan Kyte, 1300 S Parker, Denver, CO.**

5. **William McLoughlin, Public Adjusters of Colorado, LLC, 10583 Serengeti Dr., Littleton, CO 8012.**