## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No.  1:23-cv-1054-PAB-NRN                Date: May 5, 2026

Case Title: ILLINOIS UNION INSURANCE COMPANY  V. CLUB VALENCIA
CONDOMINIUM OWNERS ASSOCIATION, INC.

### DEFENDANT/COUNTERCLAIMANT'S EXPERT WITNESSES

(1) Defendant/Counterclaimant's Expert Witnesses who will be present for trial:

1. **Damien Arguello, Crest Insurance Law & Consulting, 6947 Coal Creek Pkwy SE, #111, Newcastle, WA 98059-3136. 303-427-2454.**  The nature and purpose of Mr. Arguello's expert testimony will be to provide expert opinion consistent with his disclosed reports, any deposition testimony, and any matters made known to him at trial.  His expertise, as pertinent to this action, is in claims handling, underwriting, and insurance industry standards.

2. **Brian J. Haden, Haden Claims Services, 1540 Keller Pkwy, Ste 108-320, Keller, TX 76248. 866-582-4591.**  The nature and purpose of Mr. Haden's expert testimony will be to provide expert opinion consistent with his disclosed reports, any deposition testimony, and any matters made known to him at trial.  His expertise, as pertinent to this action, is in damages assessment including Xactimate, damage repair protocol, construction, the valuation of claims, and claims handling.

3. **Eugene Robertson, CFEI, True North Engineering, 29205 183rd Terrace, Gardner, KS 66030. 573-489-5527.**  The nature and purpose of Mr. Robertson's expert testimony will be to provide expert opinion consistent with his disclosed reports, any deposition testimony, and any matters made known to him at trial.  His expertise, as pertinent to this action, is in fire investigation, fire forensics, fire science, and fire suppression.

4. **Michael E. Aitken, P.E., MEA Consulting Engineers, Inc., 13771 East Rice Place, Aurora, CO 80015. 720-870-5630.**  The nature and purpose of Mr. Aitken's expert testimony will be to provide expert opinion consistent with his disclosed reports, any deposition testimony, and any matters made known to him at trial.  His expertise, as pertinent to this action, is in the field of professional engineering,

**EXHIBIT 2**

construction, damage assessment and forensics, engineering review of repair protocols.

5. **Jonathon Milazzo (Certified Asbestos Professional), My Asbestos Guy, LLC. 13340 Harrison St, Thornton, CO 80241. 720-850-4890.** The nature and purpose of Mr. Milazzo's expert testimony will be to provide expert opinion consistent with his disclosed reports, any deposition testimony, and any matters made known to him at trial.   His expertise, as pertinent to this action, is in the field of analysis and assessment of asbestos damages, asbestos related repair protocols, state and federal asbestos regulations, and other asbestos related issues from Fire 1 and Fire 2.

(2) Defendant/Counterclaimant's Expert Witnesses who may be present for trial:

1. **Representatives of Eurofins Environmental Testing and Eurofins Reservoirs Environmental, Inc., including, but not limited to Matthew Gardner and Norberto Zimbelman.  4955 Yarrow Street, Arvada, CO 80002.  (303) 736-0100**. The nature and purpose of Mr. Garner's and/or Mr. Zimbelman's expert testimony would be to provide expert opinions consistent with the disclosed reports from Eurofins Environmental and Eurofins Reservoirs Environmental Inc.

2. **Martin/Martin Consulting Engineers, Margaret E. Riley, PE and David J. Wittman, PE. 12499 W Colfax Avenue, Lakewood, CO 80215.  (303) 431-6100**. The nature and purpose of Ms. Riley's and/or Mr. Wittman's testimony would be to provide expert engineering opinions consistent with their report(s).

3. **Minesh Amin, CPA, C/O Club Valencia.**  The nature and purpose of Mr. Amin's expert testimony would be his knowledge of Club Valencia's finances and his disclosed incurred damage calculations.

4. **Representatives of the Colorado Department of Public Health and Environment (CDPHE).  4300 E. Cherry Creek South Dr., Denver, Colorado. 303-692-2000.**  The CDPHE is the Colorado governmental entity who is responsible for, among other things, enforcing regulations related to asbestos spills such as the ones at the Club Valencia Condominiums which were the result of the fires that occurred on November 3, 2022, and February 1, 2023.  Defendant/Counterclaimant may introduce expert testimony from representatives of the CDPHE who were involved in the monitoring of the two major asbestos spills caused by said fires, as well as permit coordination for entry into the containment areas, and as disclosed in Defendant's expert disclosures.  The units in the containment areas for each of said fires have previously been disclosed by Defendant (CV-ED 8397-8398). Among those representatives of CDPHE may be Severen McGowan.  Mr. McGowan is a part of the Permitting and Compliance team at CDPHE's Indoor Environment

2

**EXHIBIT 2**

Program.   Mr. McGowan has been involved in monitoring the Club Valencia Condominiums major asbestos spills that were the result of said fires.

5. **Representatives of the South Metro Fire Resue Authority (South Metro Fire). 9195 E. Mineral Avenue, Centennial, CO 80112.  720-989-2000.**  The South Metro Fire Rescue Authority was the agency tasked with responding to and investigating the fires that occurred on November 3, 2022, and February 1, 2023. Defendant/Counterclaimant may introduce the opinions and observations of the investigators and first responders from South Metro Fire as contained in their disclosed reports in this action or as reported to IUIC's fire experts. Among the representatives referenced in the reports by South Metro Fire were Shane Druckenmiller, Gary Kirschke, Justin Lewis, Jeremy Shkapich, and Tyler Everet. Said representatives are fire investigators with South Metro Fire who, by virtue of their training experience and qualifications as South Metro Fire investigators, have the requisite qualifications to investigate the cause and origin of fires such as the ones at issue in this action.   The basis of their opinions are their on-site investigations and observations of the fires.

Defendant reserves the right to call any of Plaintiff's experts for selected testimony in regard to their disclosed opinions.

Defendant may call any expert endorsed expert witness for fact testimony and lay opinions.

(3) <u>Expert witnesses where testimony is expected to be presented by means of a deposition and, if not taken steno graphically, a transcript of the pertinent portions of the deposition testimony.  See Fed. R. Civ. P. 26(a)(3)(B).</u>

1. **William McLoughlin Public Adjusters of Colorado, LLC ("PAC"), 10583 Serengeti Dr., Littleton, CO 8012.** To the extent that any of Mr. McLoughlin's deposition testimony may be considered expert testimony, then Defendant reserves the right to present such testimony from his deposition.

3

**EXHIBIT 2**