IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01054-PAB-NRN

ILLINOIS UNION INSURANCE COMPANY,

Plaintiff,

v.

CLUB VALENCIA CONDOMINIUM OWNERS ASSOCIATION, INC.,

Defendant, Counterclaimant, Third-Party Plaintiff,

v.

LCM PROPERTY MANAGEMENT, INC.,
CHERRY CREEK INSURANCE AGENCY, INC. d/b/a CCIG, and
CRC INSURANCE SERVICES, LLC,

Third-Party Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

      This matter is before the Court on Plaintiff/Counter-Defendant Illinois Union Insurance Company's ("IUIC") Motion to Amend the Scheduling Order and Confirm the Timeliness of Mr. Daviscourt's Supplemental Rebuttal Expert Report (ECF No. 244).

      It is hereby ORDERED that a Motion Hearing shall be SET on the above matter for July 22, 2026 at 2:00 p.m. The hearing will be conducted **in person** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Date: July 13, 2026