IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 23-cv-01054-PAB-NRN                Date:  July 22, 2026
Courtroom Deputy: Román Villa                          FTR:  Courtroom A401

| _Parties:_ | _Counsel:_ |
|---|---|
| ILLINOIS UNION INSURANCE COMPANY, | Christopher Snow (_via telephone_) |
|    Plaintiff, | |
| v. | |
| CLUB VALENCIA CONDOMINIUM OWNERS ASSOCIATION, INC., | Stuart Anderson<br>Thomas Wagner |
|    Defendants. | |

## COURTROOM MINUTES

**MOTION HEARING**

**2:04 p.m.**    **Court in session.**

Court calls case. Appearances of Counsel.

This matter is before the Court Illinois Union Insurance Company's Motion to Amend the Scheduling Order and Confirm the Timeliness of Mr. Daviscourt's Supplemental Rebuttal Expert Report (Dkt. #244).

Arguments by counsel.

For the reasons stated on the record, Illinois Union Insurance Company's Motion to Amend the Scheduling Order and Confirm the Timeliness of Mr. Daviscourt's Supplemental Rebuttal Expert Report (**Dkt. #244**) is **TAKEN UNDER ADVISEMENT**.

**2:46 p.m.**    **Court in recess.**

Hearing concluded.
Total in-court time:   00:42

*To order transcripts of hearings, please contact either Patterson Transcription Company at 303-815-0487 or by email at scheduling@pattersontranscription.com, or AB Litigation Services at (303) 629-8534.